# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> SYNOLOGY INC., <br><br> Defendant. | CIVIL ACTION NO. 4:20-cv-907 <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF AMERICAN PATENTS LLC'S NOTICE OF RELATED CASES**

The following cases filed in this Court involve the same plaintiff and at least some of the same asserted patents:

- 4-18-cv-00672
- 4-18-cv-00673
- 4-18-cv-00674
- 4-18-cv-00675
- 4-18-cv-00697
- 4-18-cv-00698
- 4-18-cv-00700
- 4-18-cv-00701
- 4-19-cv-00763
- 4-19-cv-00764
- 4-19-cv-00765
- 4-18-cv-00766

- 4-18-cv-00767
- 4-18-cv-00768
- 4-19-cv-00798
- 4-19-cv-00799
- 4-19-cv-00800
- 4-19-cv-00877
- 4-19-cv-00878
- 4-19-cv-00879
- 4-19-cv-00880
- 4-19-cv-00881
- 4-20-cv-00903
- 4-20-cv-00905
- 4-20-cv-00906

Dated: November 25, 2020

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP

Case 4:20-cv-00907-ALM   Document 7   Filed 11/25/20   Page 3 of 4 PageID #:  86

Case 4:20-cv-00907-ALM   Document 7   Filed 11/25/20   Page 3 of 4 PageID #:  86

4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of November 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              /s/ *Zachariah S. Harrington*
                                              Zachariah S. Harrington